FILED

2025 FEB 19 AM 10: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

MMC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | |
|---|---|---|
| PLAINTIFF(S) | 25-808M(NJ) | **MJ 25-00823** |
| v. | | |
| ZIDAN WESEM ABDALLAH | **DECLARATION RE** | |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: _____
in the  Eastern  District of  Wisconsin  on  2/7/2025
at _____  ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about  12/23/2024
in violation of Title  18  U.S.C., Section(s)  245(b); 875(c); 1038(a)
to wit:  Federally Protected Activities; Interstate Threats; False Information and Hoaxes

A warrant for defendant's arrest was issued by:  Nancy Joseph

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/19/25
                  Date

_[signature]_
**Signature of Agent**

Aaron Hagy
**Print Name of Agent**

FBI
**Agency**

Special Agent
**Title**

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT