

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

2:25-mj-00823-DUTY

**UNITED STATES OF AMERICA**
      **Plaintiff,**

v.                                                                                          **Case No. 25-MJ-808**

**ZIDAN W. ABDALLAH**
      **Defendant.**

## ORDER

The government seeks district court review of the magistrate judge's release order in this case. 18 U.S.C. § 3145(a). The district court conducts an independent review of a magistrate judge's bail decision, see United States v. Wilks, 15 F.4th 842, 847 (7th Cir. 2021), and may "start from scratch" and hold a new hearing or evaluate the record of the proceedings before the magistrate judge, see United States v. Torres, 929 F.2d 291, 292 (7th Cir. 1991).

**IT IS ORDERED** that the magistrate judge's release order is stayed pending review by this court.

**IT IS FURTHER ORDERED** that defendant file a response to the government's motion by the close of business on February 24, 2025. The government may file a reply by the close of business on February 25, 2025. The court will on review of the submissions and the record decide whether to hold a de novo hearing.

Dated at Milwaukee, Wisconsin, this 21st day of February, 2025.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge